**MEMO ENDORSED.**



| | | |
|---|---|---|
| **STEVEN BANKS**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Marina Moraru**<br>*Special Assistant Corporation Counsel*<br>Office:  212) 356-2456 |

June 23, 2026

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *B.M. v. New York City Public Schools*, 26-cv-1926 (JHR)(OTW)

Dear Magistrate Judge Wang:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a stay of this action until September 24, 2026, i.e. 90-days from the date Plaintiff has agreed to provide the needed billing records (June 26, 2026).  On April 6, 2026, the Court granted Defendant's first request for an extension of the Answer deadline. (ECF 10). (Defendant's deadline to respond to the Complaint is currently August 3, 2026). Defendant also respectfully requests an adjournment of the preliminary settlement conference call currently scheduled for June 30, 2026 at 2:00 PM until September 25, 2026 or a later date convenient to the Court. Plaintiff consents to these requests.

We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement.  We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests (a) that the case be stayed until September 24, 2026, with a next joint status letter due that same date, and (b) an adjournment of the preliminary settlement conference call to September 25, 2026 or to a later date convenient to the Court.

2

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

Application **GRANTED.** The Preliminary
Settlement Conference call is **ADJOURNED** to
Thursday, September 24, 2026 at 2:00 PM.

This case is hereby **STAYED** until September
24, 2026.

**SO ORDERED.**

Ona T. Wang                    June 29, 2026
U.S.M.J.

2