**MEMO ENDORSED.**

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

September 21, 2026

**<u>VIA ECF</u>**
Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *B.M. v. New York City Public Schools*, 26-cv-1926 (JHR)(OTW)

Dear Magistrate Judge Wang:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 60-day extension of the stay of this action, from September 24 until November 23, 2026, and an adjournment of the preliminary settlement conference call currently scheduled for October 14, 2026 at 2:00 PM (ECF 14) until December 3, 2026 or a later date convenient to the Court. On April 6, 2026, the Court granted Defendant's first request for an extension of the Answer deadline (ECF 10). On June 29, 2026, the Court granted Defendant's first request to stay and to adjourn preliminary settlement conference call (ECF 13). Plaintiff consents to these requests, and provided the needed billing records on September 18, 2026.

We note that, while this is an IDEA fees-only case and liability is not at issue, without the relevant billing, Defendant was not able to begin its internal settlement review process. Now that Plaintiff provided the needed billing records, Defendant will proceed with this review, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests (a) that the case stay be extended until November 23, 2026, with a next joint status letter due that same date, and (b) an adjournment of the preliminary settlement conference call to December 3, 2026 or to a later date convenient to the Court.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

Application **GRANTED.**

This case is hereby **STAYED** until November 23, 2026, and parties are directed to file a joint status letter that day.

The Court will hold a Preliminary Settlement Conference Call on **Thursday, December 3, 2026 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Ona T. Wang September 22, 2026
U.S.M.J.